IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Travis Mandell Kemp, aka Travis Kemp, # 276921,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>B. Lee Miller, Judge; Nick Futch, Narcotics; )<br>Travis Anderson, Narcotics; Erick Lewis, Narcotics;)<br>Major Anderson, Greenwood County Detention )<br>Center; Nurse McFadden, Greenwood County )<br>Detention Center; and Cpt. Middleton, Greenwood )<br>County Detention Center,  )<br>)<br>Defendants.  )<br>_____) | C.A. No. 8:09-2416-TLW-BHH<br><br><br>ORDER |

The *pro se* plaintiff filed this action pursuant to Title 42, United States Code, Section 1983 in September, 2009. (Doc. # 1). This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Bruce Howe Hendericks, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). (Doc. # 42). In her Report, Magistrate Judge Hendricks recommends that the Court summarily dismiss only the defendant B. Lee Miller from this lawsuit without prejudice and without issuance and service of process. No objections to the Report have been filed.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections

1

have been filed to the Report. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the applicable law. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 42), and defendant B. Lee Miller is summarily dismissed from this lawsuit without prejudice and without issuance and service of process.

**IT IS SO ORDERED.**

                                                        s/ Terry L. Wooten
                                                        TERRY L. WOOTEN
                                       UNITED STATES DISTRICT JUDGE

February 8, 2010
Florence, South Carolina